IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20171

Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

JORGE LUIS GARCIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-142-10
_____

April 16, 1997

Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jorge Luis Garcia appeals from the district court's order affirming the magistrate judge's order of detention pending trial. The district court's decision rests on its conclusion that Garcia presents a danger to the community and a risk of flight, and that no conditions will reasonably assure Garcia's appearance. 18 U.S.C. § 3142(e) & (f). The district court's conclusion is

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

supported by the record.  See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992), cert. denied, 507 U.S. 940 (1993).  The district court's detention order is AFFIRMED.  The Government's motion to consolidate is DENIED.

AFFIRMED.  MOTION TO CONSOLIDATE DENIED.